UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60165-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HOWARD GAINES,

      Defendant,

PACIFIC LIFE INSURANCE
COMPANY and STATE FARM
LIFE INSURANCE COMPANY

      Garnishees

_____/

## ORDER APPROVING AND ADOPTING JOINT STIPULATION OF SETTLEMENT AS TO WRIT OF GARNISHMENT

This matter is before the Court upon the Joint Stipulation of Plaintiff United States and Defendant Howard Gaines to resolve all outstanding issues relating to the Writs of Garnishment issued on February 14, 2011 (DE 312) and Defendant Gaines' Motion to Quash Writ of Garnishment (DE 326). The Joint Stipulation is hereby approved and adopted as Order of the Court. It is hereby ORDERED that

1. The principal balance of $420,965.51 remaining on Defendant Howard Gaines' judgment of restitution, as imposed in this action on March 23, 2009, shall be paid from funds currently held by Garnishee Pacific Life pursuant to the Writ of Garnishment.

2. Defendant Gaines shall direct Garnishee Pacific Life Insurance Company as to the manner in which the Garnishee shall cause to be paid by cashier's check made payable to "U.S. Courts," the sum of $420, 965.51, in satisfaction of Defendant Gaines' restitution debt. The

transmittal of the payment shall include the Defendant's name and the above case number and shall be mailed to: Clerk's Office, 400 North Miami Avenue, 8th Floor, Miami, Florida 33128

3. Upon Garnishee Pacific Life Insurance Company's payment of funds, as directed in paragraph 2 above, the Writ of Garnishment shall be dissolved and no longer in effect as to Garnishee Pacific Life Insurance Company. Any funds remaining in Garnishee Pacific Life Insurance Company's possession at that time may be released to Defendant Gaines.

4. The Writ of Garnishment issued to State Farm Life Insurance Company is hereby dissolved and no longer in effect.

5. The government has waived any right to collect from Defendant Gaines any interest accrued on the originally ordered restitution amount.

DONE AND ORDERED in Chambers in Ft. Lauderdale, Florida this 28 day of January, 2015.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc: Counsel of record